[No. 19703-1-II.     Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON
KEITH GRASSER, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94-1-00748-1, James E.F.X. Warme,
J., entered June 16, 1995. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Houghton, C.J., and Sein-
feld, J.

[No. 20505-0-II.     Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
RAY MARTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-05427-9, Arthur W. Verharen, J., entered
February 29, 1996. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton, C.J., and Morgan,
J.

[No. 20783-4-II.     Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL RAY
BRICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 96-1-00110-1, Randolph Furman, J.,
entered May 23, 1996. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 20928-4-II.     Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
E. MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03345-0, Thomas R. Sauriol, J., entered
June 24, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and
Hunt, J.